IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff. | * * * |
| vs. | * **Criminal Case No. 99-295(DRD)** |
| | * |
| **EVELYN RODRIGUEZ** Defendant. | * * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**TO THE HONORABLE COURT:**

**MOTION REQUESTING RETURN OF PASSPORT**

**COMES NOW** defendant, **Evelyn Rodriguez** through her undersigned court appointed attorney, and very respectfully states and prays as follows:

1. That as part of the conditions of release, the defendant was required to deposit her passport with the Pre-Trial Services Office, who is holding said passport at this time. Defendant has completed her period of incarceration and has been set free by the BOP and is currently working.

3. That there is no requirement at this time that the passport be held by the Pre-Trial Services Office since the defendant has completed her period of incarceration and has no requirement for her passport to be withheld nor did the Court include such a requirement in it's sentence

**WHEREFORE** defendant respectfully request that the Court **GRANT** this request and ORDER the Pre-Trial Services Office to return defendant's passport to the undersigned attorney.

**RESPECTFULLY SUBMITTED.**

In Hato Rey, Puerto Rico, this 6th day of December 2004.

/S/ JUAN A. PEDROSA TRAPAGA
JUAN A. PEDROSA TRAPAGA, Esq.,
USDC-PR # 124513
Attorney for Defendant Evelyn Rodriguez-Santiago
P.O. Box 366536
San Juan, PR 00936-6536
Tel. (787) 296-2947; Fax (787) 296-2948