# United States Court of Appeals
## For the First Circuit

No. 03-1651

UNITED STATES

Appellee

v.

EVELYN RODRIGUEZ-SANTIAGO

Defendant - Appellant

**JUDGMENT**

**Entered: February 1, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

NOTE: Record retained for companion cases 03-1625, 03-1649, 03-1650 & 03-1947.

[cc: Evelyn Rodriguez-Santiago, Antonio R. Bazan, Esq., Thomas F. Klumper, Esq., Sonia I. Torres-Pabon, Esq. and Juan A. Pedrosa-Trapaga, Esq.]